UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

               Plaintiff,

    v.

INTERNAL REVENUE SERVICE, *et al.*,

               Defendants.

Case No. C22-835-JCC-MLP

REPORT AND RECOMMENDATION

      Plaintiff John Robert Demos, Jr., a state prisoner, has filed a proposed complaint under 42 U.S.C. § 1983 and a proposed motion to proceed *in forma pauperis* ("IFP"). (Dkt. # 1, 1-1.) Plaintiff alleges in his proposed complaint that, in 1933, the United States dropped the gold standard for its currency and passed the Emergency Banking Act. (Dkt. # 1-1 at 4-6.) Plaintiff alleges ending the gold standard will cause an economic depression, which places him in imminent danger. (*Id.* at 8.) He further alleges imminent danger because, due to the "looming economic crisis," the state Department of Corrections is "planning" to charge him and other inmates a fee for drinking water, toilet paper, and hot meals. (Dkt. # 1-2.)

      Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the

Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). Because of Plaintiff's history as an abusive litigant, he is permitted to submit only three IFP applications and proposed actions each year in this Court. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) ("1992 Bar Order").

The Court observes that Plaintiff has already exceeded his annual limit of IFP applications and proposed actions for this year. *See, e.g.*, *Demos v. Wash. State Dep't of Corr.*, 2:22-cv-00507-JCC (W.D. Wash.); *Demos v. Wash. State Dep't of Corr.*, 2:22-cv-00502-LK (W.D. Wash.); *Demos v. State of Wash., et al.*, 2:22-cv-00489-RSM (W.D. Wash.); *Demos v. Satterberg*, 2:22-cv-00271-JHC (W.D. Wash.).

Based on the foregoing, this Court recommends that Plaintiff's complaint (dkt. # 1-1) and this action be dismissed without prejudice, and that Plaintiff's IFP application (dkt. # 1) be denied as moot. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 22, 2022**.

Dated this 1st day of July, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge